UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

PINNACLE IMAGING, INC.   CASE NO. 04-34524-BKC-SHF
                        CHAPTER 7
    Debtor.
_____/

## DEBTOR'S *EX-PARTE* MOTION TO REOPEN BANKRUPTCY CASE TO FILE MOTION TO DISMISS

PINNACLE IMAGING, INC., Debtor, by and through undersigned counsel, files this Motion to Reopen Bankruptcy Case and would state as follows:

1.  This case was commenced by the filing of a voluntary Chapter 7 Petition on October 1, 2004. The case was closed as a no-asset case on June 7, 2005.

2.  Prior to the filing of the bankruptcy case, a lawsuit was pending in a State Court action known as Boca Raton Community Hospital, Inc. vs. Sam Halim, Jr., Pinnacle Healthcare Technologies, Inc., Pinnacle Imaging, Inc., Pinnacle Mobile Services, Inc., P.C. Courier, Inc. f/k/a Pinnacle Courier Services, Inc., George Barbar, Barbar Investment Group, Inc. and Alice Bay, Inc. pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida under Case No. CA-02-00134AO. Subsequent to the closing of the case, the State Court case was settled by the parties. The settlement provides for the release of this Debtor, Pinnacle Imaging, Inc., and other entities, from any liability and would no longer require protection of the bankruptcy court.

3.  In the settlement all funds are being paid to Boca Raton Community Hospital by the Debtor's principal, Sam Halim. The Debtor receives nothing from the settlement except a release.

4.  The Debtor requests that this Court reopen this case so that the Debtor's officers can

sign the releases and settlement documents in order to obtain a dismissal of the State Court Lawsuit and a Motion to Dismiss can be filed.

WHEREFORE, the Debtor moves that this court enter an Order reopening this Chapter 7 bankruptcy case on the grounds stated above, and for such other and further relief as this court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on the parties listed below in the manner stated, on <u>May 11, 2006</u>.

                                          FURR AND COHEN, P.A.
                                          Attorney for Debtor
                                          2255 Glades Road
                                          One Boca Place, Suite 337W
                                          Boca Raton, FL 33431
                                          (561) 395-0500
                                          (561)338-7532-fax

                                          By    /s/ *Robert C. Furr*
                                             ROBERT C. FURR, ESQ.
                                             Florida Bar No. 210854
                                           EMAIL rfurr@furrcohen.com

SERVED BY U.S. MAIL:
Allen R. Tomlinson, Esq.
Jones, Foster, Johnston
Atty for Boca Raton Community
P.O. Box 3475
West Palm Beach, FL 33402

SERVED VIA THE NOTICE OF ELECTRONIC FILING

Office of U.S. Trustee

Deborah Menotte, Trustee

H:\LIBRARY\BANKRUPTCY\Pinnacle Healthcare 04-359\PLD\M Reopen  Pinnacle Imaging 050806.wpd-bjn