UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

PINNACLE IMAGING, INC.,                    CASE NO. 04-34524-BKC-SHF
                                           CHAPTER 7
        Debtor.
_____/

### DEBTOR'S NOTICE TO CORRECT SCRIVENER'S ERROR IN MOTION TO DISMISS CHAPTER 7 PROCEEDING

COMES NOW THE DEBTOR, PINNACLE IMAGING, INC., (the "Debtor"), by and through counsel, and files this Notice to Correct Scrivener's Error contained in the Debtor's Motion to Dismiss Chapter 7 Proceeding to correct paragraphs 5 and 6 in the Motion to Dismiss and would state as follows:

1. On May 16, 2006 the Debtor filed a Motion to Dismiss Chapter 7 Proceeding [CP#26]. Paragraphs 5 and 6 of the Motion contained a scrivener's error. The Settlement Funds are being paid by Sam Halim, Sr. and not the principal of the Debtor, Sam Halim. Therefore, the Debtor corrects paragraphs 5 and 6 as follows:

> 5. In the Settlement, all funds are being paid by Sam Halim, Sr.. The Debtor receives nothing from the settlement except a release.
>
> 6. The Debtor requests that the Court dismiss this Chapter 7 proceeding so that the Debtor's officers can sign the releases and settlement documents in order to obtain a dismissal of the State Court Lawsuit. Again, no funds are going to the Debtor's principals or to the Debtor. All funds are coming from Sam Halim, Sr. to The Boca Raton Community Hospital.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on the

-1-

parties listed below in the manner stated, on <u>May 22, 2006</u>    .

>FURR AND COHEN, P.A.
>Attorney for Debtor
>2255 Glades Road, Suite 337W
>Boca Raton, FL 33431
>(561) 395-0500/(561)338-7532-fax
>
>By ___/s/ *Robert C. Furr*___
>  ROBERT C. FURR, ESQ.
>  Florida Bar No. 210854
>  EMAIL rfurr@furrcohen.com

### SERVED BY U.S. MAIL:

All parties on the attached matrix

### SERVED VIA THE NOTICE OF ELECTRONIC FILING

Office of U.S. Trustee
Deborah Menotte, Trustee

H:\LIBRARY\BANKRUPTCY\Pinnacle Healthcare 04-359\PLD\Notice to correct scriveners error Pinnacle Imaging 051906.wpd-bjn

-2-

| | | |
|---|---|---|
| Corporation Company of Miami<br>201 South Biscayne Blvd 1500<br>Miami FL 33131 | Culligan of West Palm Beach<br>2180 South Congress Avenue<br>West Palm Beach FL 33406 | DVI Capital Co<br>1310 Madrid St Ste 100<br>Marshall MN 56258 |
| DVI Capital Company<br>1515 North Federal Hwy 405<br>Boca Raton FL 33432 | Department of Revenue<br>State of Florida<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee FL 32314 | Diagnostic Imaging Inc<br>4345 Southpoint Blvd.<br>Jacksonville FL 32216 |
| Estrellita Inc d b a Anago Int 1<br>1515 University Drive 226<br>Coral Spring FL 33071 | Finco Financial Corporation<br>PO Box 2037<br>Hallandale FL 33008-2037 | First Sierra Financial Inc<br>PO Box 660631<br>Dallas TX 75266-0631 |
| Florida Power Light Co<br>PO Box 025576<br>Miami FL 33102 | City National Bank of Florida<br>25 W Flagler Street<br>Miami FL 33130 | |
| Fortis Benefits<br>PO Box 806644 1<br>Kansas City MO 64180-6644 | GE Walker Inc<br>5132 LeTourneau Circle<br>Tampa FL 33610 | GE Walker Inc<br>Kass Shuler Solomon et al<br>PO Box 800<br>Tampa FL 33601 |
| | Investech Holdings L L C<br>450 E Las Olas Blvd 15th Floor<br>Fort Lauderdale FL 33301 | Hinson Office Supply<br>2364 S W 34th Street Bay A<br>Fort Lauderdale FL 33312 |
| Jeremy E Slusher Esquire<br>Broad and Cassel<br>One North Clematis Street 500<br>West Palm Beach FL 33401 | Kaufman Rossin Co<br>2699 South Bayshore Drive<br>Miami FL 33133 | L A Perkins Esquire<br>2500 North Military Trial 480<br>Boca Raton FL 33431 |
| Logical Solutions<br>10301 W Sample Road<br>Coral Springs FL 33065 | MCI WorldCom<br>Post Office Box 856059<br>Louisville KY 40285-6059 | Manuel Farach Esquire<br>Nason Yeager Gerson et al<br>1645 Palm Beach Lakes Blvd 1200<br>West Palm Beach FL 33401 |
| Medicode<br>5225 Wiley Post Way 500<br>Salt Lake City UT 84116 | Mercedes Benz Credit Corporation<br>PO Box 685<br>Roanoke TX 76262-0685 | Network Plus Inc<br>PO Box 8364<br>Boston MA 02266-8364 |
| Nicolet Vascular<br>6355 Joyce Drive<br>Golden CO 80403 | Patricia Dzikowski Trustee<br>c/o John L Walsh Esq<br>1601 Sawgrass Corp Pkwy #120<br>Ft Lauderdale, FL 33323 | Pitney Bowes<br>PO Box 41067<br>Norfolk VA 23541-1067 |

```
Label Matrix for local noticing        Boca Raton Community Hospital, Inc.   Ford Motor Credit Company
113C-9                                 c/o Allen Tomlinson Esq               c/o Kenneth M Jones
Case 04-34524-SHF                      POB 3475                              1333 S University Dr #201
Southern District of Florida           505 S Flagler Dr                      Plantation, FL 33324
West Palm Beach                        West Palm Beach, FL 33402
Mon May 15 14:17:55 EDT 2006

General Electric Company               Office of the US Trustee              George E Barbar
c/o Robert J Nader                     51 SW 1 Ave #1204                     150 E Palmetto Park Road 525
324 S Hyde Park Ave #260               Miami, FL 33130                       Boca Raton FL 33432
Tampa, FL 33606


Sierracities.Com                       Steelcase Financial Services Inc      Neil Flanzraich
c/o James J Webb                       c/o Caryn Castro Rabe                 4400 Biscayne Boulevard 1500
100 SE 3 Ave #1900                     2 N Central Ave                       Miami FL 33137
Ft. Lauderdale, FL 33394               Phoenix, AZ 85004


611 Ltd                                611 Ltd                               Advance Business Forms  Printing
7200 N E 8th Avenue                    Daniel Miller Esq                     PO Box 272967
Boca Raton FL 33487                    1 No Clematis St  Ste 500             Boca Raton FL 33427
                                       West Palm Beach  FL  33411


Aetna UC Healthcare                    Affordable Cartridge  Toner Inc       Airborne Express
Dept AT 40137 51                       7154 N University Drive               PO Box 91001
Atlanta GA 31192-0137                  P M B 211                             Seattle WA 98111
                                       Tamarac FL 33321


American Phone Ctr  Inc                Antonio Arzola Esquire                Atrium Financial Center
d b a Teleco S Florida                 25 SE 2nd Avenue 900                  c o Penn Florida Capital
606 S Military Trail                   Miami FL 33131                        1515 N Federal Hwy
Deerfield Beach FL 33442                                                     Boca Raton FL 33432


Audiotel Audio Info Svc  Inc           Barefoot Mailmons Inc                 Bell South
PO Box 575                             PO Box 10897                          29EFl 301 W Bay St
Deerfield Beach FL 33443               Pompano Beach FL 33061                Jacksonville FL 32202


BellSouth                              Christine E Lynn
PO Box 33009                           2501 North Military Trail
Charlotte NC 28243-0001                Boca Raton FL 33431


Brink Home Security                    Chase                                 Cingular Wireless
PO Box 371343                          PO Box 15594                          PO Box 70811
Pittsburgh PA 15250-7343               Wilmington DE 19886-1304              Charlotte NC 28272-0811


Comphealth Inc                         Copyco                                Copyco Inc
c o Littlefield  Peterson              1011 S W 30th Avenue                  PO Box 740441
426 South Fifth East                   Deerfield Beach FL 33442              Atlanta GA 30374-0441
Salt Lake City UT 84102
```

Raul Ramirez M D and Ramon Bardales
c o Manuel L Crespo Jr Esquire
2701 Ponce de Loen Blvd 302
Coral Gables FL 33134

Rhonda Kitchman Lewis P A
Atty for Estrellita Inc
7737 N University Drive 104
Tamarac FL 33321

Roger Lang
Lang Studios LLC
6 Quail Meadows Drive
Woodside CA 94062

Royal Office Products
7060 State Road 84 10
Davie FL 33317

SafeGuard Health Plans Inc
PO Box 30910
Laguna Hills CA 92654-0910

Sam Halim Jr
7080 Isle Grove Place
Boca Raton FL 33433

Sam Halim Sr
100 East Huron Apt 2405
Chicago IL 60611

Richard Grondin
C/o James Merola, Esq.
11380 Prosperity Farms RD
Suite 204
Palm Beach Gdns, FL 33410

Sierracities.Com
c/o James J Webb
100 SE 3 Ave #1900
Ft. Lauderdale, FL 33394

St of Florida-Dept of Revenue
Bankruptcy Section
POB 6668
Tallahassee, FL 32314

Steven Schwartz, Esq.
6751 N. Federal Hwy. #400
Boca Raton, FL 33487

Citibank FSB
Mandel Weisman Heimberg
2101 Corporate Blvd. #300
Boca Raton, FL 33431

Superior Audio Visual of Florida
79 N W 8th Street
Boca Raton FL 33432

The Hartford
PO Box 79212
City of Industry CA 91716-9212

Tokai Financial Services Inc
c o Robert A Solove Esquire
11780 SW 89th St
Miami FL 33186

Tower Club
One Financial Plaza 28th Floor
Fort Lauderdale FL 33394

Weatherly Locums Inc
c o Cary P Sabol Esquire
1645 Palm Beach Lakes Blvd 1200
West Palm Beach FL 33401

Weinberg Company P A
6100 GladesRoad 314
Boca Raton FL 33434

Worldwide Express
21301 Powerline Road 305
Boca Raton FL 33433

X Ray Equipment Company Inc
c o James J Hurchalla Esquire
600 South Andrews Avenue 302
Fort Lauderdale FL 33301

Zurich
PO Box 17067
Baltimore MD 21297

Deborah Menotte
POB 211087
West Palm Beach, FL 33421

Michael R Bakst
www.ebcblaw.com
PMB 702
222 Lakeview Ave #160
West Palm Beach, FL 33401

Patricia A Dzikowski
1601 Sawgrass Corp Pkwy #120
Ft Lauderdale, FL 33323

US Bank Portfolio Serv as Successor
Servicer to DVI Financial Services
1310 Madrid St #103
Marshall, MN 56258

End of Label Matrix
Total addresses 85