JUN - 9 2006

ORDERED in the Southern District of Florida on _____.





Steven H. Friedman, Judge
United States Bankruptcy Court



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:
PINNACLE IMAGING, INC.,           CASE NO. 04-34524-BKC-SHF
                                   CHAPTER 7
    Debtor.
_____/

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 7 PROCEEDING WITH PREJUDICE FOR ONE YEAR

THIS CAUSE came before the Court upon the Debtor's Motion to Dismiss Chapter 7 Proceeding [CP#26}. The Court having reviewed the Debtor's Motion to Dismiss, having reviewed the Certificate of No Response or Settlement filed by Debtor's counsel, and having considered the basis for the Motion to Dismiss, and being otherwise duly advised in the premises,

**ORDERS** that the Motion is **GRANTED**. This Chapter 7 proceeding is herein **DISMISSED**, with prejudice to filing another bankruptcy proceeding for one year. The Hearing scheduled for July 3, 2006 at 10:30 a.m. [CP#28} is herein cancelled.

# # #

**Submitted by:**
Robert C. Furr, Esq.
Furr and Cohen, P.A.
Attorney for Debtor
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, FL 33431
(561)395-0500
(561)338-7532 fax
e-mail: rfurr@furrcohen.com

**Copies furnished to:**
Robert C. Furr, Esq.
Furr and Cohen, P.A.
Attorney for Debtor
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, FL 33431

Attorney Robert C. Furr is directed to serve a copy of this Order on all parties and file a Certificate of Service with the Court.

H:\LIBRARY\BANKRUPTCY\Pinnacle Healthcare 04-359\PLD\Order Granting M Dismiss case 051506.wpd-bjn